IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

CHANSE LAYNE REECE,  )
           ) Case No. CV-04-442-S-BLW
     Plaintiff, )
           ) **ORDER**
  v.       )
           )
ADA COUNTY DEPUTY JAILERS, )
JOHN DOES 1-3, DOCTOR "JOHN  )
DOE" STEWART,    )
           )
     Defendants. )
_____ )

   Pending before the Court are Plaintiff's Motion for Stay (Docket No. 26) and

Defendants' Motion to Clarify (Docket No. 28).  Having reviewed the Motions, the

Court enters the following Order.

## ORDER

   NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion for

Stay (Docket No. 26) is DENIED.  The Court will not stay this matter until Plaintiff

is released from prison; however, the Court modifies the pretrial schedule as set

forth below.

   IT IS FURTHER HEREBY ORDERED that Defendants' Motion to Clarify

(Docket No. 28) is GRANTED.  Plaintiff shall have until **August 31, 2005**, in which

**ORDER  1**

to amend his Complaint to name the John Doe Defendants and to provide the true

name and service address for Dr. John Doe Stewart.  Plaintiff and Defendants shall

have until **September 15, 2005**, in which to disclose relevant documents.  Limited

discovery shall end on **October 31, 2005**.  Dispositive motions are due no later than

**December 15, 2005**.



DATED:  **June 13, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER  2**